```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 35466
   JERRY D MALLETT
   RENEE JOHNSON-MALLETT                     CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
                  Debtor
   SSN XXX-XX-9110    SSN XXX-XX-2732

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/30/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 02/13/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
AURORA BURLINGTON C U      SECURED VEHIC    9419.97           .00           .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC   12987.00           .00           .00
CREDIT ACCEPTANCE CORP     UNSECURED      NOT FILED           .00           .00
LIGHTHOUSE FINANCIAL GRO   SECURED VEHIC    8355.03           .00           .00
LIGHTHOUSE FINANCIAL GRO   UNSECURED      NOT FILED           .00           .00
VILLAGE OF PARK FOREST     UNSECURED      NOT FILED           .00           .00
RMI                        NOTICE ONLY    NOT FILED           .00           .00
VILLAGE OF SOUTH HOLLAND   UNSECURED      NOT FILED           .00           .00
RMI                        NOTICE ONLY    NOT FILED           .00           .00
VILLAGE OF EAST HAZEL CR   UNSECURED      NOT FILED           .00           .00
RMI                        NOTICE ONLY    NOT FILED           .00           .00
ACC CONSUMER FINANCE L     NOTICE ONLY    NOT FILED           .00           .00
ACTIVITY COLLECTION SVC    UNSECURED      NOT FILED           .00           .00
ALLIED INTERSTATE INC      UNSECURED      NOT FILED           .00           .00
ALLIED INTERSTATE INC      NOTICE ONLY    NOT FILED           .00           .00
AMERICASH LOANS LLC        UNSECURED          95.00           .00           .00
AMERICAS FINANCIAL SERVI   UNSECURED         171.51           .00           .00
T MOBILE                   UNSECURED      NOT FILED           .00           .00
AMSHER COLLECTION SVC      NOTICE ONLY    NOT FILED           .00           .00
AOL                        UNSECURED      NOT FILED           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED           .00           .00
ARROW FINANCIAL SVCS       NOTICE ONLY    NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED      NOT FILED           .00           .00
ASSET ACCEPTANCE           NOTICE ONLY    NOT FILED           .00           .00
AURORA BURLINGTON C U      UNSECURED      NOT FILED           .00           .00
BAY AREA CREDIT SVC        UNSECURED      NOT FILED           .00           .00
BAY AREA CREDIT SVC        NOTICE ONLY    NOT FILED           .00           .00
CB USA INC                 UNSECURED         290.00           .00           .00
CB USA INC                 NOTICE ONLY    NOT FILED           .00           .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED           .00           .00
CREDIT MANAGEMENT INC      UNSECURED      NOT FILED           .00           .00
CREDIT MANAGEMENT          NOTICE ONLY    NOT FILED           .00           .00
CREDIT MANAGEMENT INC      UNSECURED      NOT FILED           .00           .00
CREDIT MANAGEMENT          NOTICE ONLY    NOT FILED           .00           .00
ENTERPRISE                 UNSECURED      NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 35466 JERRY D MALLETT & RENEE JOHNSON-MALLETT
```

```
HELLER & FRISONE           UNSECURED      NOT FILED                  .00          .00
H&F LAW                    NOTICE ONLY    NOT FILED                  .00          .00
COMMONWEALTH EDISON        UNSECURED         516.35                  .00          .00
HARVARD COLLECTION         NOTICE ONLY    NOT FILED                  .00          .00
IC SYSTEMS                 UNSECURED      NOT FILED                  .00          .00
IC SYSTEMS INC             NOTICE ONLY    NOT FILED                  .00          .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED      NOT FILED                  .00          .00
COMPUCREDIT CORPORATION    UNSECURED        1088.19                  .00          .00
JEFFERSON CAPITAL SYSTEM   NOTICE ONLY    NOT FILED                  .00          .00
KB MERRILL ASSOCIATES      UNSECURED      NOT FILED                  .00          .00
KB MERRILL ASSOC           NOTICE ONLY    NOT FILED                  .00          .00
PUBLIC STORAGE INC         UNSECURED         564.60                  .00          .00
MERCHANTS & MEDICAL        NOTICE ONLY    NOT FILED                  .00          .00
MIDWEST CREDIT             UNSECURED      NOT FILED                  .00          .00
MIDWEST CREDIT             NOTICE ONLY    NOT FILED                  .00          .00
MRSI                       UNSECURED      NOT FILED                  .00          .00
MRSI                       NOTICE ONLY    NOT FILED                  .00          .00
MRSI                       UNSECURED      NOT FILED                  .00          .00
MRSI                       NOTICE ONLY    NOT FILED                  .00          .00
MXENERGY                   UNSECURED      NOT FILED                  .00          .00
NICOR GAS                  UNSECURED      NOT FILED                  .00          .00
NICOR GAS                  UNSECURED      NOT FILED                  .00          .00
NICOR GAS                  UNSECURED      NOT FILED                  .00          .00
PENTAGROUP FINANCIAL       UNSECURED      NOT FILED                  .00          .00
PENTAGROUP FINANCIAL       NOTICE ONLY    NOT FILED                  .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED      NOT FILED                  .00          .00
PORTFOLIO RECOVERY & AFF   NOTICE ONLY    NOT FILED                  .00          .00
RIDDLE & ASSOCITES         UNSECURED      NOT FILED                  .00          .00
RIDDLE ASSOCIATES          NOTICE ONLY    NOT FILED                  .00          .00
RJM ACQUISITIONS           UNSECURED      NOT FILED                  .00          .00
RJM ACQ LLC                NOTICE ONLY    NOT FILED                  .00          .00
SOUTH HOLLAND VISION CEN   UNSECURED      NOT FILED                  .00          .00
PAYDAY LOANS STORE OF IL   UNSECURED      NOT FILED                  .00          .00
VERIZON WIRELESS           UNSECURED      NOT FILED                  .00          .00
NEW COLINIES HOME PROPER   NOTICE ONLY    NOT FILED                  .00          .00
RENT A CENTER              NOTICE ONLY    NOT FILED                  .00          .00
LEDFORD & WU               DEBTOR ATTY          .00                               .00
TOM VAUGHN                 TRUSTEE                                                .00
DEBTOR REFUND              REFUND                                                 .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00

PAGE   2 – CONTINUED ON NEXT PAGE
CASE NO. 08 B 35466 JERRY D MALLETT & RENEE JOHNSON-MALLETT

```
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                       .00
                                      ---------------    ---------------
TOTALS                                            .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/09/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE